IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00351-WDM-MEH

TRC SELF STORAGE DEVELOPMENT, LLC,

    Plaintiff,

v.

PUBLIC STORAGE, INC., et al.,

    Defendants.

---

**AMENDED NOTICE OF DISMISSAL OF
STURGARD-TRC SELF STORAGE DEVELOPMENT, LLC ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed as to Sturgard-TRC Self Storage Development, LLC only, without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on March 29, 2007.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL