IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00351-WDM-MEH

TRC SELF STORAGE DEVELOPMENT, LLC;

      Plaintiff,

v.

PUBLIC STORAGE, INC.,
SHURGARD STORAGE CENTERS, LLC,
DAVID F. DOLL, and
JOHN S. BAUMANN,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 16, 2007.**

      Plaintiff's Unopposed Motion to Amend its Complaint [Filed July 13, 2007; Docket #28] is **granted**. The Clerk of the Court is directed to file Docket #28-2 as Plaintiff's First Amended Complaint and Jury Demand.