IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00351-WDM-MEH

TRC SELF STORAGE DEVELOPMENT, LLC;

    Plaintiff,

v.

PUBLIC STORAGE, INC.,
SHURGARD STORAGE CENTERS, LLC,
DAVID F. DOLL, and
JOHN S. BAUMANN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 19, 2007.**

    Defendants' Unopposed Motion to Amend Answer to Complaint and Counterclaims [Filed July 13, 2007; Docket #27] is **denied as moot** based on the granting of Plaintiff's motion to file an amended complaint. Defendants may amend their answer with the filing of an answer to the Second Amended Complaint.