IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00351-WDM-MEH

TRC SELF STORAGE DEVELOPMENT, LLC;

    Plaintiff,

v.

PUBLIC STORAGE, INC.,
SHURGARD STORAGE CENTERS, LLC,
DAVID F. DOLL, and
JOHN S. BAUMANN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 13, 2008.**

    The Joint Motion to Stay All Deadlines [Filed June 12, 2008; Docket #86] is **granted**. The discovery deadline are stayed until July 14, 2008. On or before July 14, 2008, the parties shall submit either dismissal papers or a status report on their settlement discussions.