IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00351-WDM-MEH

TRC SELF STORAGE DEVELOPMENT, LLC;

    Plaintiff,

v.

PUBLIC STORAGE, INC.,
SHURGARD STORAGE CENTERS, LLC,
DAVID F. DOLL, and
JOHN S. BAUMANN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 31, 2008.**

    The Court has discussed the ongoing settlement discussions with counsel and is confident that the parties will be able to submit dismissal papers on or before August 13, 2008. Accordingly, the stay of discovery deadlines is extended to **August 13, 2008**.

    It is FURTHER ORDERED that Plaintiff's Motion to Amend its First Amended Complaint and Jury Demand [Filed May 14, 2008; Docket #83] is **denied without prejudice**. Plaintiff may re-file the motion in the event that this matter is not resolved.