IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00351-WDM-MEH

TRC SELF STORAGE DEVELOPMENT, LLC;

    Plaintiff,

v.

PUBLIC STORAGE, INC.,
SHURGARD STORAGE CENTERS, LLC,
DAVID F. DOLL, and
JOHN S. BAUMANN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 20, 2008.**

    The Joint Motion to Stay All Deadlines [filed Aug. 19, 2008; docket 95] is **granted**. The parties are directed to appear before the Court in person for a hearing regarding settlement or to set the remaining schedule on Tuesday, **Sept. 30, 2008, at 9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.