IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00351-WDM-MEH

TRC SELF STORAGE DEVELOPMENT, LLC;

    Plaintiff,

v.

PUBLIC STORAGE, INC.,
SHURGARD STORAGE CENTERS, LLC,
DAVID F. DOLL, and
JOHN S. BAUMANN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 20, 2008.**

    Plaintiff's Motion for Leave to Withdraw [filed October 16, 2008; docket #103] is **granted**. Lydia A. Holzman is hereby permitted to withdraw as attorney for the Plaintiff.

    The parties are reminded of their obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).