IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-00351-WDM-MEH

TRC SELF STORAGE DEVELOPMENT, LLC,

    Plaintiff,

v.

PUBLIC STORAGE, et aL.,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on October 20, 2008.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge

PDF FINAL